STATE OF NEW JERSEY v. CARLOS BAEZ.

January 22, 1985.

Petition for certification denied.

LAWRENCE J. BERMAN, M.D. v. VALLEY HOSPITAL AND
BOARD OF TRUSTEES OF THE SOCIETY OF
VALLEY HOSPITAL.

January 22, 1985.

Petition for certification granted. (See 196 *N.J.Super.* 359)

STATE OF NEW JERSEY v. NICHOLAS STEFANELLI.

January 22, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD SERITO.

January 22, 1985.

Petition for certification denied.